# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00470-CR

**Shawn Lynn Parker, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 12-1383-K368, HONORABLE BURT CARNES, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's counsel has filed his third motion for extension of time to file appellant's brief, now seeking an extension until March 10, 2014. We grant the motion and ORDER counsel to file appellant's brief no later than March 25, 2014. No further extensions will be granted. If appellant fails to file a brief by the deadline, a hearing before the district court will be ordered. *See* Tex. R. App. P. 38.8(b).

It is ordered February 14, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose

Do Not Publish